```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION
```
CHEVRON U.S.A. INC.,

    Plaintiff(s),

v.                              CASE NO.  8:04-CV-2315-T-17EAJ

MJG CORPORATION OF
PINELLAS and MICHAEL
J. GENTILE,

    Defendant(s).

_____/

ORDER

    This cause is before the Court on Plaintiff's Motion to Show Cause (Dkt. 9) and the Report and Recommendation (Dkt. 16). Judge Jenkins conducted a hearing on the Motion on June 7, 2005.

    The Court has independently examined the pleadings.  No objections to the Report and Recommendation have been filed. After consideration, the Court adopts the Report and Recommendation, and incorporates it herein by reference. Accordingly, it is

    **ORDERED** that:

    1) Defendants are in contempt of the Court's January 18, 2005 order;

    2) Defendants are required to remove any remaining infringing signage within ten days of the date of this Order;

    3) The Court reserves ruling on the amount of fees and costs to be awarded to Plaintiff.  Plaintiff shall file a motion for fees and costs within twenty days of this Order.

Case No. 8:04-CV-2315-T-17EAJ

4) Should Defendants fail to comply with these directives, Plaintiff is directed to file a notice of non-compliance with the Court, and the Court will impose immediate additional sanctions.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 20th day of June, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record